UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS MAYS,

    Plaintiff,                                      Case No.  1:11-CV-694

v.                                                  HON. GORDON J. QUIST

UNKNOWN GORMAN, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on Plaintiff on October 10, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 9, 2012, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order and Motion for a Preliminary Injunction (docket no. 50) is **DENIED**.

Dated:  November 15, 2012                                   /s/ Gordon J. Quist
                                                             GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE