FILED - GR
February 22, 2013 12:13 PM

TRACEY CORDES CLERK
U S DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: arm / _____ Scanned AS 2/22

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARCUS D. MAYS #218101,

    Plaintiff,

v.

UNKNOWN GORMAN ET AL,

    Defendant.
_____/

Case No. 1:11-cv-694

Hon. Gordon J. Quist

## ORDER REJECTING PLEADING

The Court has examined the following document received February 14, 2013, and orders the Clerk to reject the Pretrial Narrative Statement with exhibits and return the document to Marcus D. Mays for the reason noted below:

Pursuant to the Order entered February 12, 2013, this case is now closed.

IT IS SO ORDERED.

Dated: 2/15/2013
ns

Ellen S. Carmody
United States Magistrate Judge

&lt;For Court Use Only&gt;
☐ The Clerk shall accept the pleading(s) for filing _____ Dated: _____